IN THE UNITED STATES COURT OF THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JANE DOE and JESSICA DOE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | Case No. 1:25-cv-14319 |
| | ) | |
| **v.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **THOMAS C. JONES JR., et. al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO PROCEED UNDER A PSUEDONYM
AND TO FILE CIVIL COVER SHEET UNDER SEAL**

Plaintiffs, JANE DOE and JESSICA DOE ("Plaintiffs") by and through their attorneys, SPITZER LAW P.C., moves this Court for an Order granting them the ability to prosecute this case under the use of a pseudonym and to file the required civil cover sheet under seal, pursuant to § 1309 of the Violence Against Women Act, 740 ILCS 190/20, and C.R.S. 13-21-1405. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs filed a multi-count complaint under this case number ("Complaint") on November 23, 2025, alleging, amongst other things, that they are both "depicted individuals" who are victims of multiple "intimate visual" disclosures as defined by 15 U.S. Code § 6851.

2. Plaintiffs allege in their Complaint that Defendants conspired to and actually did disclose at least 10 separate images of Jane Doe and at least one image depicting Jessica Doe in violation of multiple state and federal statutes and common law torts.

3. Plaintiffs will be irreparably harmed if the "intimate visual disclosures" detailed in the Complaint are tied to their name and identity in the public sphere.

4. As described in detail in their Complaint, Defendants have already seriously harmed Plaintiffs by their actions.

5. It would be unjust if Plaintiffs were forced to unmask themselves to seek justice against Defendants' already injurious conduct.

6. Plaintiffs are proper persons for this protection per 15 U.S. Code § 6851, 740 ILCS 190/20, and C.R.S. 13-21-1405.

7. Plaintiffs bring this motion in good faith.

8. Plaintiffs have already attempted settlement with Defendants to no avail. Defendants know Plaintiffs personally. As such, Defendants will not be prejudiced if the Court grants Plaintiffs' request as they will be able to identify their accusers without their names listed publicly.

WHEREFORE, Plaintiffs, JANE DOE and JESSICA DOE, move this Court grant this motion in its entirety and allow them to proceed under pseudonyms when litigating this matter pursuant to 15 U.S. Code § 6851, 740 ILCS 190/20, and C.R.S. 13-21-1405 and to allow Plaintiffs file their civil cover sheet under seal.

Respectfully submitted,
JANE DOE
JESSICA DOE

_____
One of Plaintiffs' Attorneys

SPITZER LAW P.C.
JULIA M. KEENAN (6336156)
1585 N. Milwaukee Ave., Ste. 114
Libertyville, IL 60048
julia@spitzerlawpc.com