IN THE UNITED STATES COURT OF THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:25-cv-14319 |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| THOMAS C. JONES JR., et. al, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED MOTION TO PROCEED UNDER A PSUEDONYM
## AND TO FILE CIVIL COVER SHEET UNDER SEAL

Plaintiffs, JANE DOE ("Plaintiff") by and through her attorneys, SPITZER LAW P.C., moves this Court for an Order granting her the ability to prosecute this case under the use of a pseudonym and to file the required civil cover sheet under seal, pursuant to § 1309 of the Violence Against Women Act, 740 ILCS 190/20, and C.R.S. 13-21-1405. In support of her motion, Plaintiff state as follows:

1. Plaintiff filed a multi-count complaint under this case number ("Complaint") on December 4, 2025, alleging, amongst other things, that she is a "depicted individual" who is a victim of multiple "intimate visual" disclosures as defined by 15 U.S. Code § 6851.

2. Plaintiff alleges in her Complaint that Defendants conspired to and actually did disclose at least 10 separate images of her in violation of multiple state and federal statutes and common law torts.

3. Plaintiff will be irreparably harmed if the "intimate visual disclosures" detailed in the Complaint is tied to her name and identity in the public sphere.

4. As described in detail in the Complaint, Defendants have already seriously harmed Plaintiff by their actions.

5. It would be unjust if Plaintiff was forced to unmask herself to seek justice against Defendants' already injurious conduct.

6. Plaintiff is a proper persons for this protection per 15 U.S. Code § 6851, 740 ILCS 190/20, and C.R.S. 13-21-1405.

7. Plaintiff brings this motion in good faith.

8. Plaintiffs has already attempted settlement with Defendants to no avail. Defendants know Plaintiff personally. As such, Defendants will not be prejudiced if the Court grants Plaintiff's request as they will be able to identify their accuser without her name listed publicly.

9. Plaintiff brings this amended motion on the basis that previously disclosed plaintiff, Jessica Doe, has since decided she does not want to participate in this action as a party, as is her right.

10. Plaintiff seeks to clarify that she is proceeding in this action as a sole plaintiff at this time.

WHEREFORE, Plaintiff, JANE DOE, moves this Court grant this motion in its entirety and allow her to proceed under pseudonyms when litigating this matter pursuant to 15 U.S. Code § 6851, 740 ILCS 190/20, and C.R.S. 13-21-1405 and to allow Plaintiff file her civil cover sheet under seal.

Respectfully submitted,
JANE DOE

_____
One of Plaintiff's Attorneys

SPITZER LAW P.C.
JULIA M. KEENAN (6336156)
1585 N. Milwaukee Ave., Ste. 114
Libertyville, IL 60048
julia@spitzerlawpc.com