

Krista Krepp <krista@krepplaw.com>

**PLAINTIFF** Tom Jones

**Julia Keenan** <julia@spitzerlawpc.com>                               Thu, Nov 20, 2025 at 11:10 AM
To: Krista Krepp <krista@krepplaw.com>
Cc: Jeremy Spitzer <jeremy@spitzerlawpc.com>, Julia Keenan <julia@spitzerlawpc.com>

Krista,

No – I told you that **PLAINTIFF** never submitted any videos to CPD, which she did not; and that she never edited any videos, which she did not; I told you she never submitted a written statement, which she did not. I told you expressly that she has reached out to the CPD and we are working closely with investigators.

This report – which again is news to me as the detective I spoke to less than 24 hours ago denied existed— says <u>nothing</u>.

R/D sent Detective Lanning an email (ALanning@westminsterco.gov) in effort to discuss information in regards to this investigation. Detective Lanning responded stating he believes a video was obtained by the search warrant of laptop that occurred in Chicago. R/D was able to schedule a phone call with Detective Lanning on 19 March 2025 at 1530hrs.

On 19 March 2025, at approximately 1530hrs, R/D contacted Det. Lanning. LANNING stated that he had a video that possibly occurred in Chicago in the month of April. R/D informed LANNING that this incident reported occurred between January 2023 and February 2023. LANNING related to R/D that there was not a video that was recorded in February extracted from the laptop. LANNING further related that the video found was an edited video showing victim to appear intoxicated. LANNING then stated the original video showed that the victim was aware and alert. R/D stated she would follow up with victim to verify when the incident occurred in effort to obtain the correct video.

On 21 March 2025, R/D contacted victim to verify information in regards to investigation. ███ stated that the incident occurred in February 2023 and her and the offender did not return to Chicago in July 2023. R/D informed victim that video obtained by Colorado Police Department was a video in July of 2023 and nothing was found to be recorded in February 2023. R/D further related that she would follow up with Det. Lanning to see if any other information could be obtained to assist with this investigation. ███ stated she understood.

Important parts are as follows: "LANNING related to R/D that there was **not a video that was recorded in February extracted from the laptop**. LANNING further related that the video found was an edited video showing victim to appear intoxicated." We know Tommy took a video, by his own words and the screenshot ir       ʻached.

**There are no allegations in this paragraph that ███ lied about the assault or that she altered anything.**

The next lines state a video was found where she is alert and consenting. The final paragraph reveals that the alert and consenting video was recorded in July 2023. ███ admits that she and Tommy often had consensual sex. ███ alleges Tommy raped her one time she knows about, which occurred in January 2023. Tommy admits in text messages to Joe, attached and unredacted here, **that he edited the video and**

**shortened it, that they were "piss drunk" that he "dead ass think I woke** ██████ **up in the beginning of the vid".**

Tommy's own words speak for themselves. The fact that the police couldn't find the original, unedited video tells me that Tommy deleted it, not that ██████ created an entire conspiracy where she found videos, edited them, and then created a smear campaign against Tommy and his family. The allegations of defamation are a joke.

It is true that ██████ and Tommy sometimes recorded consensual videos. ██████ never denied that. The evidence in the case will likely reveal that ██████ consented to the recording of 3 sexual encounters. The evidence will also show that ██████ **did not consent to or know about many** more videos Tommy took of her that he hid from her and shared with Joe, Kegan and Adrian. The lawsuit does not seek relief for consensual encounters. The lawsuit seeks relief for one instance of rape and for the unauthorized dissemination of 8 videos and 2 photos.

PLAINTIFF ██████████

The fact that the Joneses have instructed you to turn this case around on ██████ is despicable. I've been working with ██████ on this case for over 6 months. Our office has reviewed the evidence carefully. Every single allegation is made in good faith and is supported by law.

The Joneses are seriously damaging my client who was a long-time family friend and a legitimate victim. I cant even believe I am having to articulate this information to you in 2025, its sad.

We will see you in Court.

As a professional courtesy– I am traveling during the day next Monday. You can expect to see a filed complaint come in early Monday morning before I am out of the office. I will send you the file stamped copy upon receipt. Please let me know if the Joneses will waive a summons and if you will accept service on their behalf.

Thanks,

Julia

Julia M. Keenan

SPITZER LAW P.C.

www.spitzerlawpc.com



EXHIBIT B

## CHICAGO POLICE DEPARTMENT
# CASE SUPPLEMENTARY REPORT

| JH372153 |
|---|

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

Case id : 13550510
Sup ID : 16322107 CASR301

| SUSPENDED | DETECTIVE SUP. APPROVAL COMPLETE |
|---|---|

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | | | IUCR Code |
|---|---|---|---|---|---|
| **CRIMINAL SEXUAL ASSAULT / Non-Aggravated** | **0281** | CRIMINAL SEXUAL ASSAULT / Non-Aggravated | | | 0281 |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| **2357 S WENTWORTH AVE** | **914** | 1 | 1 | 0 | |

| Location Type | Location Code | Secondary Location | | | Hate Crime? |
|---|---|---|---|---|---|
| **Hotel / Motel** | **260** | | | | NO |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| **01-JAN-2023 00:01 - 28-FEB-2023 23:59** | **9160** | 02-AUG-2024 14:41 | NO | NO | YES |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| JONES, Bria | 6971 | DURAN, Juan | 1175 | JONES, Bria | 20878 |
| Date Submitted | | Date Approved | | Assignment Type | |
| 20-MAY-2025 22:29 | | 24-MAY-2025 15:03 | | FIELD | |

## THIS IS A FIELD INVESTIGATION SUSPENDED REPORT

**VICTIM(S) :**            ██████████████   **TYPE:  Individual**

Female / Unknown / Refused / 24  Years

**DOB:** ████-1999

**RES:** ████████████████

**SOBRIETY:**  Unknown

**OTHER COMMUNICATIONS:**

Phone - Cellular : ████████████

Email - Personal : ████████████

**SUSPECT(S):**      **JONES, Thomas CHRISTOPHER ,Jr**

Male / White / 25 Years

**DOB:**  30-MAY-1999

**RES:**    1053  Oriole Court
Lindenhurst IL 60046

**DESCRIPTION:**   5'10,180,Blond / Strawberry Hair, Blue Eyes

**RELATIONSHIP OF VICTIM TO OFFENDER:**

████████████   Girlfriend - Ex / Former
No Relationship

**LOCATION OF INCIDENT:**      2357 S Wentworth Ave
Chicago IL 60616
260 - Hotel / Motel

JH372153

**JH372153**

DETECTIVE SUP. APPROVAL COMPLETE

| | |
|---|---|
| **DATE & TIME OF INCIDENT:** | 01-JAN-2023 00:01 - 28-FEB-2023 23:59 |
| **METHOD CODE(S):** | Domestic Incident |
| **CAU CODE(S):** | Domestic Incident |

**DOMESTIC INCIDENT INFORMATION:**

**POLICE CONTACTED BY:** Other

**# CHILDREN PRESENT:** 0

**# PAST CASE REPORTS:** 1

**VIOLATION TYPE:**

**ORDER OF PROTECTION:**

**STATE CODE:** Colorado

**ORDER PROTECT NO:** 2024M4330-002

Order Of Protection Was Served

**ORDER PROTECT VERIFICATION:** Lead

**VICTIM ADVISEMENT:** Victim Advised Of Hotline Number

**VICTIM ADVISED OP PROCS:** Yes

**VICTIM ADVISED WARR PROCS:** Yes

Order Of Protection Accepted

**PERSONNEL ASSIGNED:** <u>**Detective / Investigator**</u>

JANDACEK, Brittany L     # 20532
JONES, Bria J     # 20878

<u>**Reporting Officer**</u>

KREHO, Erin J     # 19032     BEAT: 9160

**OTHER INDIVIDUALS INVOLVED:**

████████████     ( Other )

Female / Unknown / Refused / 25 -60 Years Approximately

**OTHER COMMUNICATIONS:**

Phone - ████████
Business

:

**CRIME CODE SUMMARY:**

0281 - Criminal Sexual Assault - Non-Aggravated
1261 - Deceptive Practice - Unauthorized Videotaping
1581 - Sex Offense - Non-Consensual Dissemination Of Private Sexual Images

**IUCR ASSOCIATIONS:**

<u>0281 - Criminal Sexual Assault - Non-Aggravated</u>

████████████     ( Victim )
    ( Other )
JONES, Thomas, CHRISTOPHER     ( Suspect )
████████████     ( Victim )
JONES, Thomas, CHRISTOPHER     ( Suspect )

<u>1261 - Deceptive Practice - Unauthorized Videotaping</u>

████████████     ( Victim )
    ( Other )

**JH372153**
DETECTIVE SUP. APPROVAL COMPLETE

JONES, Thomas, CHRISTOPHER        ( Suspect )
<u>1581 - Sex Offense - Non-Consensual Dissemination Of Private Sexual Images</u>

        ( Victim )
       ( Other )
JONES, Thomas, CHRISTOPHER        ( Suspect )

**INCIDENT NOTIFICATIONS:**        **NOTIFICATION DATE & TIME:**   08/02/2024:153000

       **REQUEST TYPE:**   Notification

       **PERSON NAME:**   James,Butler Ii

       **STAR #:**   20411

       **EMP #:**   ▉▉▉▉

**INVESTIGATION:**

This is an Area One SUSPENDED Supplementary Report and should be read in conjunction with all other reports generated under RD# JH-372153 and should be considered a summary of events and not a verbatim account unless otherwise noted.

RD#:
JH372153

DATE OF OCCURRENCE:
Approximately 01 Jan 2023 - 28 Feb 2023

LOCATION:
SpringHill Suites Chicago Chinatown
2357 S. Wentworth Avenue
Chicago, IL 60616

VICTIM:


PERSON REPORTING:


OFFENDER:
JONES, Thomas Christopher, Jr.
30-May-1999
1053 Oriole Court
Lindenhurst, IL 60046

MANNER/MOTIVE:

JH372153
DETECTIVE SUP. APPROVAL COMPLETE

Victim relates the offender (ex-boyfriend) sent videos to his friend showing victim and offender having sexual intercourse during their visit to Chicago. Victim further relates in the depicted video, she was very intoxicated and does not recall consenting to having sexual intercourse with the offender.

INVESTIGATION:

On 14 March 2025, at approximately 1700hrs, R/D spoke with the victim ████████ related to R/D that Detective Lanning of Colorado was able to extract additional information from laptop belonging to offender JONES.███████ provided R/D with Detective Lanning's phone number (303-658-4048)

R/D sent Detective Lanning an email (ALanning@westminsterco.gov) in effort to discuss information in regards to this investigation. Detective Lanning responded stating he believes a video was obtained by the search warrant of laptop that occurred in Chicago. R/D was able to schedule a phone call with Detective Lanning on 19 March 2025 at 1530hrs.

On 19 March 2025, at approximately 1530hrs, R/D contacted Det. Lanning. LANNING stated that he had a video that possibly occurred in Chicago in the month of April. R/D informed LANNING that this incident reported occurred between January 2023 and February 2023. LANNING related to R/D that there was not a video that was recorded in February extracted from the laptop. LANNING further related that the video found was an edited video showing victim to appear intoxicated. LANNING then stated the original video showed that the victim was aware and alert. R/D stated she would follow up with victim to verify when the incident occurred in effort to obtain the correct video.

On 21 March 2025, R/D contacted victim to verify information in regards to investigation. ████████ stated that the incident occurred in February 2023 and her and the offender did not return to Chicago in July 2023. R/D informed victim that video obtained by Colorado Police Department was a video in July of 2023 and nothing was found to be recorded in February 2023. R/D further related that she would follow up with Det. Lanning to see if any other information could be obtained to assist with this investigation.████ stated she understood.

Based on the above facts, R/D is classifying this case SUSPENDED pending further investigative leads.


DET. B. JONES #20878

AREA ONE DETECTIVE DIVISION

**THE LAW OFFICE OF KRISTA KREPP**

krista@krepplaw.com – O: 312-292-9887; M: 630-661-0829 – 1111 N Spaulding Ave – Chicago, IL 60651

Julia Keenan
Spitzer Law P.C.
1585 N Milwaukee Ave Ste 114,
Libertyville, IL 60048
julia@spitzerlawpc.com

Re: 1:25-cv-14319, Doe v. Jones, et al.

December 11, 2025

Dear Ms. Keenan,

As you know, I represent Thomas Jones, Sr., Thomas Jones, Jr., and Jennifer Jones in the matter of 1:25-cv-14319. No service has been rendered on my clients, and this letter may not serve as waiver of such. Upon review of the Complaint, that your office filed on December 4, 2025, numerous sanctionable issues were discovered. As explained further in the Jones' Rule 11 Motion for Sanctions against Plaintiff that is enclosed with this letter, but has not yet been filed, the Complaint violates the Federal Rules of Civil Procedure 11 (FRCP 11(b)(1); FRCP 11(b)(2); and FRCP 11(b)(3)), due to numerous defects – many of which were intentional.

These include, but are not limited to, the slanderous and harassing language related to Thomas Jones, Jr. "fleeing" Colorado to avoid the criminal case that you are fully aware was dismissed and sealed; inclusion of Thomas Jones, Sr. and Jennifer Jones for the sole purpose of harassment when you know there are no viable claims against them; and, the inclusion of allegations that the alleged videos were somehow publicly disseminated without any evidence or reason to believe such evidence exists. Further, you included Alcarez and Sipe, and their alleged involvement where there was none – no videos/photographs were ever circulated on the "trio" group of your client.

When you filed the Complaint, you were aware that two separate state police departments did not pursue and/or effectuate criminal actions against Thomas Jones, Jr.

Finally, you allege that your client was "raped" and "secretly" filmed. You then allege that there is a video of the, "rape." First, you do not have this video (because it does not exist) – and we know this because you never provided a copy of said video to the CPD. Second, when the CPD contacted Colorado, the Colorado police confirmed no video of that existed in the evidence they possessed. **Generally speaking, when a police department investigates charges they typically get warrants to find evidence related to those charges – thus, a reasonable inference of Colorado stating that it does not have any video of a "rape" is that one does not exist *at all*.** Further, I previously informed you that there are no videos in Thomas Jones, Jr.'s possession. More importantly, per your own email, you stated that your client would participate in the consensual filming of videos. Despite this, you continued to include in your Complaint inflammatory allegations with the use of the word "rape" and "secretly" for the sole purposes of harassment. Additional issues are identified in our Motion.

On numerous occasions, you were warned about the inclusion of this information in your Complaint and prior to you filing it. This included a written letter, follow-up phone call on November 18, 2025, and several related emails on November 18, 2025. Then, there were emails exchanged on November 20, 2025, regarding the language in your complaint that the alleged videos were filmed without your client's consent, but where you later admitted



that your client actively participated in activities such as these. Plaintiff's Complaint is specifically tailored to paint the Plaintiff as completely unknowing – as if this wasn't a regular activity that she engaged in. It's one thing to admit to participation, front it, and then make allegations despite of it, and another to claim complete innocence of the act in an effort to demonize another party.

Plaintiff's allegations are frivolous, not based in law, and intended to harass.

Thus, pursuant to FRCP 11(c)(2) we send this letter to provide you with another opportunity to withdraw the Complaint and remedy the Rule 11 violation within the 21 days proscribed by the above stated rule. If you do not withdraw the Complaint within this period, we will file the enclosed Motion for Rule 11 Sanctions with the Court.

Thank you,

Krista Krepp
IL & WI Attorney
O: 312-292-9887
M: 630-661-0829
www.krepplaw.com

**K | K**
THE LAW OFFICE OF
**KRISTA KREPP**



**K | K**
THE LAW OFFICE OF
**KRISTA KREPP**

 **Krista Krepp <krista@krepplaw.com>**

# Doe v. Jones, et al.

4 messages

---

**Krista Krepp** <krista@krepplaw.com>　　　　　　　　　　　　Fri, Dec 12, 2025 at 5:09 PM
To: Julia Keenan <julia@spitzerlawpc.com>

Hello,

Please find attached the Jones' Rule 11 letter. Service will be effectuated per FRCP 5.

Have a great weekend,

Krista

--
Krista Krepp
IL & WI Attorney
O:  312-292-9887
M: 630-661-0829
**The Law Office of Krista Krepp**



**CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.**

---

📄 **Rule 11 Letter to Julia Keenan 12.12.25.pdf**
3739K

---

**Julia Keenan** <julia@spitzerlawpc.com>　　　　　　　　　　Fri, Dec 12, 2025 at 5:19 PM
To: Krista Krepp <krista@krepplaw.com>, Jeremy Spitzer <jeremy@spitzerlawpc.com>, Julia Keenan <julia@spitzerlawpc.com>

Krista,

Received, thanks. Have a nice weekend too.

Julia M. Keenan
Spitzer Law P.C.
Julia@spitzerlawpc.com
(　　　24-0199

**From:** Krista Krepp <krista@krepplaw.com>
**Sent:** Friday, December 12, 2025 5:09:34 PM
**To:** Julia Keenan <julia@spitzerlawpc.com>
**Subject:** Doe v. Jones, et al.

[Quoted text hidden]

---

**Julia Keenan** <julia@spitzerlawpc.com>　　　　　　　　　Mon, Dec 22, 2025 at 10:44 AM

To: Krista Krepp <krista@krepplaw.com>
Cc: Jeremy Spitzer <jeremy@spitzerlawpc.com>, Julia Keenan <julia@spitzerlawpc.com>

Krista,

Thank you for your letter. I had a chance to review it in length, review the cases cited in the brief, and discuss with my client. Respectfully, we stand by the allegations in the complaint. I understand that you and the Joneses may not agree with the way my client characterizes the facts, but a difference in interpretation is not a basis for sanctions.

As such, we are not amending the complaint and you may proceed as you think is in the best interest of your clients.

Sincerely,

Julia

Julia M. Keenan

SPITZER LAW P.C.

www.spitzerlawpc.com



**CONFIDENTIAL E-MAIL**

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system.

**From:** Krista Krepp <krista@krepplaw.com>
**Sent:** Friday, December 12, 2025 5:10 PM
**To:** Julia Keenan <julia@spitzerlawpc.com>
**Subject:** Doe v. Jones, et al.

[Quoted text hidden]

**Krista Krepp** <krista@krepplaw.com>                                      Sun, Jan 4, 2026 at 8:00 AM
To: Julia Keenan <julia@spitzerlawpc.com>
Cc: Jeremy Spitzer <jeremy@spitzerlawpc.com>, Julia Keenan <julia@spitzerlawpc.com>

Hello Julia,

I hope you had great holidays. Understood. I will proceed with filing.

Thank you,

Krista Krepp
[Quoted text hidden]
--
**Please note I will be traveling internationally from 1/9/26-1/13/26 and 2/12/26-2/26/26 - all communications during this time should cc admin@krepplaw.com**
[Quoted text hidden]