Case: 1:25-cv-14319 Document #: 36 Filed: 01/28/26 Page 1 of 1 PageID #:172

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
1/28/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jane Doe | ) | **Case Number**: 1:25-cv-14319 |
| Plaintiff | ) | |
| v. | ) | **Judge**: Hon. Thomas M. Durkin |
| Adrian Alvarez, Thomas C. Jones Jr., Joseph Sarnello, Kegan Corcoran-Sipe, Thomas C. Jones Sr., Jennefer Jones | ) | **Magistrate Judge**: |
| Defendant | ) | |

**PRO SE DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE AND TO DISMISS FOR LACK OF JURISDICTION**

1. Failure to State a Claim
Plaintiff's Complaint fails to state any claim upon which relief can be granted. The allegations consist of conclusions and speculation rather than facts. Plaintiff does not identify specific conduct by Defendant, relevant dates, documents, witnesses, or objective facts, and fails to plead facts establishing the essential elements of any recognized cause of action.

2. Inability to Meaningfully Respond
As pleaded, the Complaint does not permit Defendant to meaningfully respond or prepare a defense. The absence of specific factual allegations leaves Defendant unable to determine the nature, scope, or basis of Plaintiff's claims.

3. Substantive and Incurable Defects
The defects in Plaintiff's Complaint are substantive and incurable. The Complaint fails to allege facts sufficient to support any viable claim. Allowing amendment would be futile and would unfairly burden Defendant.

4. Personal Jurisdiction
This Court lacks personal jurisdiction over Defendant. Defendant has never resided in Illinois, does not conduct business in Illinois, and has never been present in Illinois in connection with any allegation in the Complaint. Plaintiff alleges no facts showing that Defendant has any meaningful connection to Illinois or purposefully directed any conduct toward Illinois. Exercising jurisdiction under these circumstances would be unfair and improper. The summons should therefore be dismissed.

5. Dismissal Without Prejudice Is Warranted
Because Plaintiff cannot establish jurisdiction and has failed to plead any viable claim, dismissal without prejudice is appropriate.

CONCLUSION
WHEREFORE, Defendant respectfully requests that this Court:
Dismiss Plaintiffs Complaint without prejudice.
Dismiss the summons for lack of personal jurisdiction; and
Grant such other relief as the Court deems just and proper.
Respectfully submitted,
s/Adrian Alvarez
Pro Se Defendant
Date: 01/28/2026