IN THE UNITED STATES COURT OF THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:25-cv-14319 |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| THOMAS C. JONES JR., et. al, ) | District Judge: Hon. Thomas M. Durkin |
| Defendants. ) | |
| ) | Magistrate Judge: Hon. Laura K. McNally |
| ) | |

**MOTION TO CORRECT THE RECORD**

Plaintiff, JANE DOE ("Plaintiff") by and through her attorneys, SPITZER LAW P.C. and MCCORMICK LAW LLC, moves this Court to withdraw Plaintiff's request for waiver of service to defendants, THOMAS C. JONES, SR. (ECF No. 27, JENNIFER JONES (ECF No. 28) and JOSEPH SARNELLO (ECF No. 29) for the reasons discussed below as well as for the reason that Plaintiff inadvertently completed the forms incorrectly, attaching her counsel's name and contact information instead of the name and contact information for each respective defendant.

Additionally, Sarnello—through his attorneys—filed an Appearance on January 27, 2026, and reported to Plaintiff and this Court that he will answer and/or appropriately respond to Plaintiff's Complaint on or before March 17, 2026 (ECF No. 34).

The Joneses, along with their son Defendant, THOMAS C. JONES, JR., filed an Appearance through their counsel on January 7, 2026 (ECF No. 24). They also filed a Motion to Strike the waiver forms on the basis of Plaintiff's inadvertent error discussed above and that the waiver "directed at Thomas Jones Sr., is moot" because of their attorney's appearance and motion for sanctions which was filed on the same day. (Motion to Strike, ECF No. 31 at p. ¶ 8).

WHEREFORE, Plaintiff moves this Court to withdraw ECF Nos. 27, 28, and 29 for the

reasons set forth above and for any and all other relief this Court deems equitable and just.

                                              Respectfully submitted,
                                              Jane Doe

                                              _____
                                              One of Plaintiff's Attorneys

SPITZER LAW P.C.
JULIA M. KEENAN (6336156)
1585 N. Milwaukee Ave., Ste. 114
Libertyville, IL 60048
julia@spitzerlawpc.com

MCCORMICK LAW LLC
KEVIN K. MCCORMICK (6286831)
10 E. Scranton Ave., Ste. 201
Lake Bluff, IL 60044
kevin@mccormicklawllc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 6, 2026, a true and accurate copy of the foregoing Motion to Correct the Record was served upon on individuals via ECF filing.

/s/ *[signature]*
One of Plaintiff's Attorneys

| Party: | Counsel and/or Contact Information: |
|---|---|
| Thomas C. Jones Jr.<br>Jennifer Jones<br>Thomas C. Jones Sr. | Represented by:<br>Ms. Krista Krepp<br>Law Office of Krista Krepp<br>krista@krepplaw.com<br>Sent via ECF system |
| Joseph Sarnello | Represented by:<br>Ryan Jacobson<br>Danessa P. Watkins<br>Amundsen Davis LLC<br>rjacobson@amundsendavislaw.com<br>dwatkins@amundsendavislaw.com |
| Kegan Corcoran-Sipe | Not yet appearing. |
| Adrian Alvarez | *Pro se*<br>Sent via email at:<br>adrianalvarez1106@gmail.com |