**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Jane Doe, et al.
                        Plaintiff,

v.                                                         Case No.: 1:25−cv−14319
                                                               Honorable Thomas M. Durkin

Thomas C Jones, Jr., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 10, 2026:

      MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff's Motion to Correct the Record [40] is granted. Accordingly, Plaintiff's requests for waiver of service as to Thomas C. Jones, Sr. [27], Jennifer Jones [28], and Joseph Sarnello [29] are withdrawn. Defendant's Motion to Strike Document 28 [31] is denied as moot. All Defendants who have not already filed an answer are directed to file an answer or otherwise plead by 3/17/2026. All Defendants are further directed to file a Joint Initial Status Report including a proposed discovery schedule by 4/1/2026. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.