## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jane Doe, et al.

Plaintiff,

v.

Case No.: 1:25–cv–14319<br>Honorable Thomas M. Durkin

Thomas C Jones, Jr., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 30, 2026:

     MINUTE entry before the Honorable Thomas M. Durkin: The Court adopts the following agreed briefing schedule as to Defendant Joseph Sarnello's motion to dismiss [54]: Plaintiff's response is due by 4/27/2026; Defendant's reply is due by 5/15/2026. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.