**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jane Doe, et al.

                       Plaintiff,

v.                                        Case No.: 1:25−cv−14319
                                        Honorable Thomas M. Durkin

Thomas C Jones, Jr., et al.

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

      MINUTE entry before the Honorable Thomas M. Durkin: Defendant Alvarez's motion for leave to file reply in support of motion to dismiss and refile answer [68] is granted. *See* Fed. R. Civ. P. 12(f); 15(a)(2) ("The Court should freely give leave when justice so requires."); *see also Foman v. Davis,* 371 U.S. 178, 182 (1962) (leave to amend should be granted absent undue delay, bad faith, or undue prejudice). Alvarez filed his original answer and motion to dismiss as a pro se litigant and has since retained counsel. R. 35, 36. Pro se litigants "must be afforded 'leniency... on procedural matters'" and "any 'document filed pro se is to be liberally construed.'" See *Otis v. Demarasse,* 886 F.3d 639, 644 (7th Cir. 2018) (quoting *Lovelace v. Dall,* 820 F.2d 223, 228 (7th Cir. 1987) and *Erickson v. Pardus,* 551 U.S. 89, 94 (2007) respectively). Plaintiff will not suffer prejudice because Alvarez's proposed reply does not raise new bases for relief but merely adds support to his prior arguments. R. 68 Ex. A. Further, as Plaintiff notes, Alvarez's additional support is in line with that already argued by co−Defendants and is thus addressed by Plaintiff in her omnibus response. *See* R. 77 at 4; *see also* R. 62. Alvarez is ordered to file his reply by 6/22/26. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.