**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jane Doe, et al.

Plaintiff,

v.

Case No.: 1:25−cv−14319
Honorable Thomas M. Durkin

Thomas C Jones, Jr., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 29, 2026:

MINUTE entry before the Honorable Laura K. McNally: In court hearing held 6/18/26 regarding Defendants' motion for sanctions [78]. For the reasons stated on the record, Defendants' request for sanctions is denied as unripe. Mailed notice (McNally, Laura)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.